IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUENTIN CULLINS and MYA CULLINS,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF ATLANTA, GEORGIA; FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC; FOGO DE CHAO, INC.; VALOR PROTECTION SECURITY AGENCY LLC. f/k/a Valor Protection LLC; ANDREW STRUTT; and ALEX LUEBBEHUSEN;<br><br>    Defendants. | CIVIL ACTION NO.<br>1:24-CV-2188-TCB |

## STIPULATION OF VOLUNTARY DISMISSAL

The parties to this action, Plaintiffs QUENTIN CULLINS and MYA CULLINS and Defendants CITY OF ATLANTA, GEORGIA; FOGO DE CHAO CHURRASCARIA (ATLANTA) LLC; FOGO DE CHAO, INC.; VALOR PROTECTION SECURITY AGENCY LLC. f/k/a Valor Protection LLC; ANDREW STRUTT; and ALEX LUEBBEHUSEN hereby stipulate to a voluntary dismissal of the action and all claims asserted herein without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This 17th day of September, 2024.

STIPULATED BY:

/s/ *James W. Howard*
James W. Howard
Attorney for Plaintiffs
Georgia Bar No. 370925
The Howard Law Firm, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
jhoward@howardfirm.com


/s/ *Jeffrey E. Tompkins*
Jeffrey E. Tompkins
Attorney for Defendants City of Atlanta, Georgia, Strutt, and Luebbehusen
Georgia Bar No. 714608
Thomas, Kennedy, Sampson & Tompkins LLC
3355 Main Street
Atlanta, GA 30337
(404) 688-4503
j.tompkins@tkstlaw.com


/s/ *Carrie L. Christie*
Carrie L. Christie
Attorney for Defendants Fogo De Chao, Inc. and
Fogo De Chao Churrascaria (Atlanta) LLC
Georgia Bar No. 125248
Rutherford & Christie, LLP
285 Peachtree Center Avenue NE
Marquis II, Suite 1650
Atlanta, GA 30303
(404) 522-6888
clc@rclawllp.com

/s/ *Robert E. Rigrish*
Robert E. Rigrish
Attorney for Defendant Valor Protection Security Agency LLC.
Georgia Bar No. 605573
Bodker Ramsey Andrew Winograd & Wildstein, P.C.
3490 Piedmont Road, Suite 1400
Atlanta, GA 30305
(404) 351-1615
rrigrish@brawwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing *Stipulation of Voluntary Dismissal* by electronically filing it with the Clerk of Court for uploading to the CM/ECF system which will automatically send e-mail notification of such filing to opposing counsel, including the following attorneys of record:

> Jeffrey Tompkins, Esq.
> Thomas, Kennedy, Sampson & Tompkins LLC
> 3355 Main Street
> Atlanta, GA 30337
> j.tompkins@tkstlaw.com

Carrie L. Christie, Esq.
Quinton R. Beasley, Esq.
Rutherford & Christie, LLP
285 Peachtree Center Avenue NE
Marquis II, Suite 1650
Atlanta, GA 30303
clc@rclawllp.com
qrb@rclawllp.com

Harry J. Winograd, Esq.
Robert E. Rigrish, Esq.
Bodker Ramsey Andrew Winograd & Wildstein, P.C.
3490 Piedmont Road, Suite 1400
Atlanta, GA 30305
hwinograd@brawwlaw.com
rrigrish@brawwlaw.com

This 17th day of September, 2024.

/s/ *James W. Howard*
James W. Howard
Attorney for Plaintiffs
Georgia Bar No. 370925

THE HOWARD LAW FIRM, P.C.
Suite 200, Kyleif Center
1479 Brockett Road
Tucker, Georgia 30084
(770) 270-5080
jhoward@howardfirm.com